IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JEFFERY HENDRICKS, AS REPRESENTATIVE OF THE ESTATE OF DIANE HENDRICKS, DECEASED AND INDIVIDUALLY AND AS NEXT FRIEND OF B.H. AND T.H., MINORS; AND ANGELA HENDRICKS, INDIVIDUALLY AND AS NEXT FRIEND OF B.H. AND T.H., MINORS;<br>*Plaintiffs* § § § § § § § § § | A-20-CV-00165-JRN |

-vs-

SANDALS RESORTS INTERNATIONAL, ISLAND ROUTES TOURS, UNIQUE TRAVEL CORP., SUNISLAND ROUTES,
   *Defendants*

## ORDER

On June 6, 2020, Plaintiffs Jeffery Hendricks and Angela Hendricks ("Plaintiffs") dismissed all claims in this case without prejudice by stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. 4). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendants who remain in the case have not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

SIGNED this 10th day of June, 2020.

                                               JAMES R. NOWLIN
                                               SENIOR U.S. DISTRICT JUDGE